UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ERNESTINE RENCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV1059 RWS |
| | ) | |
| LARRY WILLIAMS, as TREASURER OF | ) | |
| THE CITY OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that  plaintiff's motion to amend her Rule 26 disclosures

[#19] is granted.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE


Dated this  30th   day of April, 2012.